IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MATT ISAACS and MICHELLE
ISAACS,

                                                         ORDER

                    Plaintiffs,

                                                 12-cv-54-bbc

     v.

SHAYNE R. EISENGA REVOCABLE
TRUST, SHAYNE EISENGA, NELSON
EISENGA and FINISH LINE FOODS AND
PACKING, LLC., ,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiffs have filed a notice of settlement (dkt. #130). They may have until December 27, 2012 to complete the settlement. If settlement has not been accomplished by that time, plaintiffs' counsel is to report on the status of the matter at a telephone conference on December 28, 2012, at 8:30 a.m. Plaintiffs' counsel is to initiate the conference call to chambers at (608) 264-5447. If, before December 28, 2012, plaintiffs' counsel has advised the court that it may enter its standard order of dismissal or has filed a

statement confirming settlement, the status conference will be canceled.

Entered this 3d day of December, 2012.

                                    BY THE COURT:
                                    /s/
                                    BARBARA B. CRABB
                                    District Judge